IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:19-CT-3354-FL

| | | |
|---|---|---|
| TONY HILL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| KEVIN A. BARNES, SHANETTA HILL, | ) | |
| STACEY COLLIER, OLIVER | ) | |
| WASHINGTON, SHIRLEY BENNETT, | ) | |
| DONALD MOBLEY, and DANIEL ROY | ) | |
| BRAME, | ) | |
| | ) | |
| Defendants.[1] | ) | |

This matter is before the court on plaintiff's third motion to compel (DE 85). Plaintiff argues that defendants' designee during a Rule 30(b)(6) deposition was not properly prepared and seeks a court order directing defendants to produce a properly prepared designee. See id. at 1–9. In response, defendants acknowledge that the Rule 30(b)(6) designee can conduct an additional independent investigation to prepare for the continuation of the deposition. See (DE 89) 1. Defendants also state they are working with plaintiff to schedule the deposition after December 30, 2022. See id. Accordingly, the court DENIES plaintiff's third motion to compel (DE 85).

SO ORDERED, this the 28th day of December, 2022.

_____
LOUISE W. FLANAGAN
United States District Judge

---

[1] The court constructively has amended the caption of this order to reflect prior dismissal of plaintiff's claims against formerly-named defendants Assistant Superintendent John Doe, Assistant Superintendent of Programs John Doe, FNU Downing, and Brian LNU.